UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRMA PEREZ GULLERMETY

V.                    CIVIL NO. 98-2332 (RLA)

UNITES DATES, USPS

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 9/15/99  Docket # 18<br><br>[x] Plff.<br><br>Title: REPLY TO U.S. INSPECTION REPORT | Counsel for the parties shall file a joint motion, **no later than September 30, 1999**, stipulating to a date, time and specific location to convene in order to carry out the inspection.<br><br>Counsel are admonished that failure to comply shall result in the imposition of sanctions against them personally. |

September 17, 1999          RAYMOND L. ACOSTA
     Date                   U.S. District Judge

Rec'd:          EOD:

By:        # 19