IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 12 AM 8 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

IRMA PEREZ GUILLERMETY,

Plaintiff,

v.                                CIVIL NO. 98-2332 (RLA)

UNITED STATES, UNITED STATES
POSTAL SERVICE,

Defendants.

### ORDER IMPOSING SANCTIONS AGAINST COUNSEL

Counsel for both parties have failed to submit a stipulation regarding an inspection of the facilities where plaintiff purportedly fell by September 30, 1999.[1]

Accordingly, sanctions are hereby imposed against the attorneys for both parties to this action in the amount of **$150.00** each which monies shall be deposited with the Clerk of the Court **no later than November 15, 1999.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of October, 1999.

_____
RAYMOND L. ACOSTA
United States District Judge

---

[1] See Order issued on September 17, 1999 (docket No. 19).

AO 72
(Rev 8/82)