UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 26  AM 7: 49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

IRMA PEREZ GULLERMETY

V.    CIVIL NO. 98-2332 (RLA)

UNITES DATES, USPS

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/12/99   Docket # 21 | DENIED. |

[x] Dft.

Title: MOTION TO REQUEST SANCTIONS BE LIFTED

| MOTION | RULING |
|---|---|
| Date Filed: 10/12/99   Docket # 22 | NOTED. |

[x] Dft.

Title: UNITED STATES' SECOND SITE INSPECTION

October 25, 1999
Date

By: RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:         EOD:

By: ___   # 24