UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRMA PEREZ GULLERMETY

V.                                                    CIVIL NO. 98-2332 (RLA)

UNITES DATES, USPS

RECEIVED & FILED
1999 OCT 29 AM 10: 52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/20/99   Docket # 23<br>[x] Plff.<br>Title: INFORMATIVE MOTION AND REQUEST SANCTION BE LIFTED | DENIED. |

Oct 27, 1999
Date

By: [signature]
RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By [initials]   # 25

2