IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRMA PEREZ GUILLERMETY,

    Plaintiff,

v.     CIVIL NO. 98-2332 (RLA)

UNITED STATES, UNITED STATES POSTAL SERVICE,

    Defendants.

### ORDER SETTING ASIDE SANCTIONS AND FOR RETURN OF MONIES

The Motion to Reconsider Denial of Motion to Request Sanctions be Lifted, filed by counsel for defendant on November 5, 1999 (docket No. **27**) is hereby **GRANTED**.

Accordingly, the Clerk of the Court shall return the **$150.00** deposited on November 15, 1999 to AUSA JOSE JAVIER SANTOS MIMOSO[1] or his authorized representative.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of December 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See Motion to Deposit Sanctions Pending Final Court Ruling, filed on Novmeber 15, 1999 (docket No. **28**).