ENTERED ON DOCKET
12/13/99 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IRMA PEREZ GUILLERMETY,

    Plaintiff,

v.                                  CIVIL NO. 98-2332 (RLA)

UNITED STATES, UNITED STATES
POSTAL SERVICE,

    Defendants.

RECEIVED & FILED
1999 DEC 13 AM 7:3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

The Court having dismissed the complaint filed in this case through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED** for lack of jurisdiction.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of December, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)