IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 JAN 25 PM 1:15
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

IRMA PEREZ GUILLERMETY,

PLAINTIFF

V.                                            CIVIL NO. 98-2332(RLA)

UNITED STATES, UNITED STATES
POSTAL SERVICE,

DEFENDANT

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

COMES NOW Plaintiffs and very respectfully notifies this Honorable Court that it is appealing from the Opinion and Judgement entered on December 9, 1999, by Honorable Raymond L. Acosta, U.S. Senior District Judge.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21 day of December, 1999.

**I HEREBY CERTIFY:** That on this date a true copy of this Motion has been sent by mail to defendant's counsel José Javier Santos Mimoso, Esq., Assistant United States Attorney, Room 452, Federal Building, 150 Carlos Chardón St., Hato Rey, Puerto Rico 00918.

**ANTONIO BAUZA**
**USDC-PR NO. 115502**
602 Muñoz Rivera Ave.
Edif. Le Mans - Suite 402
Hato Rey  PR 00918-3612
Tel./Fax 751-1774