UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



IRMA PEREZ GULLERMETY

V.                    CIVIL NO. 98-2332 (RLA)

UNITES DATES, USPS

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 2/25/2000  Docket # 36<br>[x] Plff.<br><br>Title: MOTION WITHDRAWING APPEAL | This motion shall be forwarded to the Court of Appeals for disposition. |

March 1st, 2000            RAYMOND L. ACOSTA
   Date                    U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 38 |